FISHER & PHILLIPS LLP
Christopher C. Hoffman (SBN 176334)
    E-mail: choffman@laborlawyers.com
Megan C. Winter (SBN 241429)
    E-mail: mwinter@laborlawyers.com
4747 Executive Drive, Suite 1000
San Diego, CA 92121-3095
Telephone: (858) 597-9600
Facsimile:  (858) 597-9601

WARGO & FRENCH LLP
Michael D. Kabat, *Pro Hac Vice*
    E-mail: mkabat@wargofrench.com
Joseph W. Ozmer, *Pro Hac Vice*
    E-mail: jozmer@wargofrench.com
Sarah T. Thompson, *Pro Hac Vice*
    E-mail: sthompson@wargofrench.com
1170 Peachtree St. NE – Suite 2020
Atlanta, GA 30309
Telephone: (404) 853-1500
Facsimile:  (404) 853-1501

Attorneys for Defendants Time Warner
Cable Inc., Time Warner Inc. and
Time Warner Cable Shared Services

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA FREGOSO; on behalf of herself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>TIME WARNER CABLE INC., a Delaware Corporation doing business in the State of California; TIME WARNER INC., a Delaware Corporation doing business in the State of California; TIME WARNER CABLE SHARED SERVICES, a North Carolina company doing business in California, and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.: CV10-01668-AG-(RNBx)**<br><br>**JUDGMENT**<br><br>Date: May 23, 2011<br>Time: 10:00 a.m.<br>Court Room: 10D<br><br>Complaint Filed: Dec. 17, 2009 |

1   This action came on for hearing before the Court on May 23, 2011, the
2   Honorable Andrew J. Guilford, District Judge, presiding, on the motion of
3   Defendants for summary judgment.
4   The evidence presented having been fully considered, the issues having been
5   heard and a decision having been rendered granting the motion, IT IS HEREBY
6   ORDERD AND ADJUDGED that Plaintiff Adela Fregoso ("Plaintiff") take
7   nothing, that judgment on the merits is hereby entered in favor of Defendants and
8   against Plaintiff, and that Plaintiff's Complaint is dismissed with prejudice for the
9   reasons set forth in the Court's Order Granting Defendants' Motion for Summary
10  Judgment

12  Dated: May 31, 2011

                                    _____
                                    Hon. Andrew J. Guilford
                                    United States District Judge